604 A.2d 108
CHARLES WILLIAMS, PLAINTIFF–MOVANT, v. NEW
JERSEY TRANSIT BUS LINES, INC., ET AL.,
DEFENDANTS–RESPONDENTS.

November 15, 1990.

ORDER

Summary disposition is granted; and it is further

ORDERED that the judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Shebell.

Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, O'HERN, and STEIN join in this Order.

Justices POLLOCK and GARIBALDI would affirm the judgment below, substantially for the reasons expressed in the majority opinion of the Appellate Division.

604 A.2d 108
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ETC., PLAINTIFF–MOVANT, AND ALLSTATE INSURANCE COMPANY, INTERVENOR–RESPONDENT, v. SAMUEL FORTUNATO, ETC., ET AL., DEFENDANTS–RESPONDENTS.

November 15, 1990.

ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for direct certification is granted.